CR 25-483 DSD

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No:

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        **MOTION TO SEAL**

1. ANTHONY WADDELL JEFFERSON, and
2. LESTER BROWN,

    Defendants.

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Daniel W. Bobier, Assistant United States Attorney, hereby moves the Court for an order to seal the case, including the Information, in the above-referenced matter.

This motion is based upon the records and proceedings in this matter. Specifically, on December 17, 2025, the government requested that the Information be sealed due to the nature of the ongoing investigation.

Dated: December 17, 2025        Respectfully Submitted,

                                      DANIEL N. ROSEN
                                      United States Attorney

                                      */s/ Daniel W. Bobier*
                                      JOSEPH H. THOMPSON
                                      DANIEL W. BOBIER
                                      MATTHEW C. MURPHY
                                      Assistant U.S. Attorneys



SCANNED
DEC 17 2025
U.S. DISTRICT COURT MPLS