UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-483 (DSD)

UNITED STATES OF AMERICA,

    Plaintiff,                      **UNDER SEAL**

  v.                                 **MOTION TO UNSEAL**

1. ANTHONY WADDELL JEFFERSON, and
2. LESTER BROWN,

    Defendants.

The United States of America hereby moves the Court for an order to unseal the above-captioned matter as well as the Indictment in that matter.

When the Information was filed on Wednesday, December 17, 2025, the Government moved that it be sealed. The defendants have been notified of the pending charges, and so the previous basis for keeping this matter sealed is no longer necessary.

Accordingly, the government respectfully requests that the Court issue an order to unseal the above-captioned matter, including the Information.

Dated: December 19, 2025

                                            Respectfully Submitted,

                                            DANIEL N. ROSEN
                                            United States Attorney

                                            */s/ Joseph H. Thompson*
                          BY:   JOSEPH H. THOMPSON
                                            First Assistant U.S. Attorney