**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA

     v.                                          Criminal No.  25-349 (JWB/JFD)

MOKTAR HASSAN ADEN, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                          Criminal No.  25-351 (JWB/JFD)

CHRISTOPHER ADESOJI FALADE, ET AL.

_____

UNITED STATES OF AMERICA

     v.                                          Criminal No.  25-353 (JWB)

ANWAR AHMED ADOW

_____

UNITED STATES OF AMERICA

     v.                                          Criminal No.  25-354 (JWB)

ASAD AHMED ADOW

_____

UNITED STATES OF AMERICA

     v.                                          Criminal No. 25-479 (PJS/ECW)

HASSAN AHMED HUSSEIN, ET AL.

_____

UNITED STATES OF AMERICA

    v.

KAAMIL OMAR SALLAH

Criminal No. 25-482 (SRN/DLM)

_____

UNITED STATES OF AMERICA

    v.

ANTHONY WADDELL JEFERSON, ET AL.

Criminal No. 25-483 (DJD)

_____

## NOTICE TO THE COURT OF POSSIBLE RELATED CASES

The undersigned attorney hereby notifies the Court and counsel that the above-captioned cases are possibly related for the following reasons:

■     The cases involve the same act or transaction connected with or constituting a part of a common conspiracy, scheme, or plan;

■     The cases arise out of the same operative set of facts, behavioral episode or course of conduct whether the prior cases are open or closed;

■     The cases arise out of the same or related investigations and have temporal proximity; and

Dated: December 19, 2025

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

/s/ *Matthew C. Murphy*
BY:    MATTHEW C. MURPHY
Assistant United States Attorneys