UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-483 DSD

UNITED STATES OF AMERICA,

    Plaintiff,

v.                      **NOTICE OF APPEARANCE**

1. ANTHONY WADDELL JEFFERSON, and

2. LESTER BROWN,

    Defendants.

Please add the following Assistant Chief to the above-captioned case:

<u>add Assistant Chief</u>

Shankar Ramamurthy


Dated: February 2, 2026             Respectfully submitted,

                                           DANIEL N. ROSEN
                                           United States Attorney

                                           <u>*s/Shankar Ramamurthy*</u>
                                           BY: Shankar Ramamurthy
                                               Assistant Chief