# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

### ARRAIGNMENT/INITIAL APPEARANCE/CHANGE OF PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 25-cr-483 (DSD) (1) |
| ANTHONY WADDELL JEFFERSON, Defendant. | Date: February 9, 2026 |
| | Court Reporter: Janell Gruber |
| | Courthouse: Minneapolis |
| | Courtroom: 12W |
| | Time Commenced: 1:30 p.m. |
| | Time Concluded: 2:10 p.m. |
| | Time in Court: 40 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:    Shankar Ramamurthy
   For Defendant:    Christa J. Groshek

PROCEEDINGS:
☒ **Initial Appearance.**
☒ **Arraignment.**
☒ **Change of Plea Hearing.**

☒ PLEA:
   ☒ Guilty as to Count: 1

☒ Plea Agreement filed.
☒ Presentence Investigation and Report requested.
☒ Defendant released on bond.

___MDB___
Judicial Assistant
