# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT/INITIAL APPEARANCE/CHANGE OF PLEA HEARING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | | |
| | ) | Case No: | 25-cr-483 (DSD) (2) |
| v. | ) | Date: | February 9, 2026 |
| | ) | Court Reporter: | Janell Gruber |
| LESTER BROWN, | ) | Courthouse: | Minneapolis |
| Defendant. | ) | Courtroom: | 12W |
| | ) | Time Commenced: | 2:13 p.m. |
| | ) | Time Concluded: | 2:47 p.m. |
| | | Time in Court: | 34 Minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:
   For Plaintiff:     Shankar Ramamurthy
   For Defendant:  Ryan M. Pacyga

PROCEEDINGS:
   ☒ **Initial Appearance.**
   ☒ **Arraignment.**
   ☒ **Change of Plea Hearing.**

   ☒ PLEA:
      ☒ Guilty as to Count: 1

   ☒ Plea Agreement filed.
   ☒ Presentence Investigation and Report requested.
   ☒ Defendant released on bond.

_MDB_
Judicial Assistant
