AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the

District of Minnesota    ▼

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 25-cr-00483 |
| Lester Brown ) | |
| ) | |
| _____ ) | |
| *Defendant* | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _02/09/2026_

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Ryan Pacyga
*Printed name of defendant's attorney*

_____
*Judge's signature*

Hon. David S. Doty
*Judge's printed name and title*