**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 25-CR-00483-DSD**

---

United States of America,

                Plaintiff,                        **MOTION TO WITHDRAW**

v.

Lester Brown,

                Defendant.

---

PLEASE TAKE NOTICE, pursuant to Minnesota Rules of Professional Conduct

1.16(b)(1), (5) (6), (7) and Local Rule 83.7(c), the undersigned moves this Court for

an order granting counsel's Motion to Withdrawal as Counsel. A sealed affidavit

in support is filed herewith.


                                    Respectfully submitted,

                                  **RYAN PACYGA CRIMINAL DEFENSE**

Dated:  April 30, 2026               By: /s/Ryan M. Pacyga
                                  Ryan M. Pacyga (#321576)
                                  860 Blue Gentian Rd., Ste. 175
                                  Saint Paul, MN 55121
                                  612-339-5844 (phone)
                                  *E-mail: ryan@arrestedmn.com*
                                  *Attorney for Defendant*