UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 25-CR-0483 (PJS) |
| Plaintiff, | |
| v. | **ORDER FOR REASSIGNMENT** |
| | **OF RELATED CASES** |
| ANTHONY WADDELL JEFFERSON, et al., | |
| Defendants. | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-CR-0093 (PJS) |
| Plaintiff, | |
| v. | |
| CANDICE LANGLEY, | |
| Defendant. | |

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 26-CR-0094 (PJS) |
| Plaintiff, | |
| v. | |
| CYNTHIA ALLEN, | |
| Defendant. | |

_____

UNITED STATES OF AMERICA,                          Case No. 26-CR-0101 (LMP/DJF)

          Plaintiff,

v.

DEBORAH HODGES,

          Defendant.

---

Case Nos. 25-CR-0483 (PJS), 26-CR-0093 (PJS), and 26-CR-0094 (PJS) having been assigned to Chief Judge Patrick J. Schiltz, and Case No. 26-CR-0101 (LMP/DJF) having later been assigned to Judge Laura M. Provinzino and Magistrate Judge Dulce J. Foster, said matters being related cases,

IT IS HEREBY ORDERED that Case No. 26-CR-0101 (LMP/DJF) be reassigned to Chief Judge Patrick J. Schiltz, nunc pro tunc, by use of a space on the appropriate list of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order filed July 19, 2021.


Dated: May 27, 2026                          /s/ Patrick J. Schiltz
                                        Patrick J. Schiltz, Chief Judge
                                        United States District Court

Dated: May 27, 2026                          s/Laura M. Provinzino
                                        Laura M. Provinzino, Judge
                                        United States District Court